| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joshua J. Foster | Social Security number or ITIN xxx-xx-6948 |
| | First Name   Middle Name   Last Name | EIN  _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Mailey K. Foster | Social Security number or ITIN xxx-xx-6640 |
| | First Name   Middle Name   Last Name | EIN  _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22-21286-GLT | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua J. Foster

Mailey K. Foster
aka Mailey K. Ballin

11/9/22

**By the court:** Gregory L. Taddonio
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                      Case No. 22-21286-GLT
Joshua J. Foster           Chapter 7
Mailey K. Foster
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 3
Date Rcvd: Nov 09, 2022      Form ID: 318          Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua J. Foster, Mailey K. Foster, 1504 Woodmont Avenue, New Kensington, PA 15068-4137 |
| 15495179 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15495182 | + | City of Arnold, 1829 5th Avenue #1, Arnold, PA 15068-4498 |
| 15495183 | | Clearview Federal Credit Union, 1453 Beers School road, Coraopolis, PA 15108 |
| 15495192 | + | New Kensington Ambulance Service, 839 Anderson Street, New Kensington, PA 15068-6029 |
| 15495193 | + | New Kensington Water Authority, 920 Barnes Street, New Kensington, PA 15068-6220 |
| 15495195 | + | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15495198 | + | U.S. Department of Education, 2401 International Lane, PO Box 7859, Madison, WI 53707-7859 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 10 2022 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 10 2022 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2022 23:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Nov 09 2022 23:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 10 2022 04:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 09 2022 23:47:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15495180 | + | EDI: WFFC2 | Nov 10 2022 04:48:00 | Bobs Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 15495185 | | Email/Text: gtercero@crossriver.com | Nov 09 2022 23:47:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 15495178 | | Email/Text: gtercero@crossriver.com | Nov 09 2022 23:47:00 | Affirm, Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 15495181 | + | EDI: CAPITALONE.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 10 2022 04:48:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15495184 | + | EDI: WFNNB.COM | Nov 10 2022 04:48:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15495186 | + | Email/Text: EBN@edfinancial.com | Nov 09 2022 23:47:00 | ED Financial, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15495187 | + | Email/Text: EBN@edfinancial.com | Nov 09 2022 23:47:00 | ED Financial, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15495188 | + | EDI: BLUESTEM | Nov 10 2022 04:48:00 | Fingerhut/WebBank, PO Box 70792, Philadelphia, PA 19176-0792 |
| 15495189 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 09 2022 23:47:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15495190 | | EDI: JPMORGANCHASE | Nov 10 2022 04:48:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 15495191 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 09 2022 23:47:00 | Lendmark Financial Services, 2118 Usher Street, Covington, GA 30014 |
| 15495194 | + | Email/PDF: ebnotices@pnmac.com | Nov 09 2022 23:46:34 | Pennymac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 15495197 | + | EDI: RMSC.COM | Nov 10 2022 04:48:00 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15495196 | + | EDI: RMSC.COM | Nov 10 2022 04:48:00 | Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15495233 | + | EDI: RMSC.COM | Nov 10 2022 04:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15495199 | + | Email/Text: BankruptcyNotice@upmc.edu | Nov 09 2022 23:47:00 | UPMC, Quantum 1 Building - 3rd Floor, Distribution Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15495200 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 09 2022 23:47:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Gino F. Peluso | on behalf of Debtor Joshua J. Foster gp@attorneypeluso.com pelusolaw@comcast.net |
| Gino F. Peluso | on behalf of Joint Debtor Mailey K. Foster gp@attorneypeluso.com pelusolaw@comcast.net |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 8